UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

In re: )
)
**MCKENZIE, JOSEPH L** ) Bankruptcy Case No. 16-82845 TML
**MCKENZIE, SANDRA L** ) Chapter 7
)
Debtor(s). )

## CERTIFICATE OF SERVICE

The undersigned certifies that on October 26, 2017, I served by prepaid first class mail a copy of the Notice of Trustee's Final Report and Applications for Compensation and Deadline to Object (NFR) on all parties listed below at the addresses contained therein.

MCKENZIE, JOSEPH L
MCKENZIE, SANDRA L
214 LEAH CT.
SYCAMORE, IL 60178

DIANE E ELLIOTT
P.O. Box 259
DeKalb, IL 60115
*(Via ECF Electronic Transmission)*

Quantum3 Group LLC as agent for
Comenity Bank
PO Box 788
Kirkland, WA 98083-0788

Qualstar Credit Union
Po Box 96730
Bellevue, WA 98009

Portfolio Recovery Associates, LLC
Successor to SYNCHRONY BANK
(SAMS CLUB MASTERCARD),POB 41067
Norfolk, VA 23541


/s/ Debbie M. Harris

JAMES E. STEVENS, Trustee
6833 Stalter Drive
Rockford, IL 61108
Phone: (815) 962-6611
jstevens@bslbv.com