**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

| | |
|---|---|
| In re: MCKENZIE, JOSEPH L | § Case No. 16-82845 |
|        MCKENZIE, SANDRA L | § |
| | § |
| Debtor(s) | § |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION**
**REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

     JAMES E. STEVENS, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

     1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

     2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $206,499.72 *(without deducting any secured claims)* | Assets Exempt: $44,892.90 |
| Total Distribution to Claimants: $5,987.55 | Claims Discharged Without Payment: $33,787.62 |
| Total Expenses of Administration: $9,251.30 | |

     3) Total gross receipts of $ 15,238.85 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $15,238.85 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (10/1/2010)

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $177,946.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 9,251.30 | 9,251.30 | 9,251.30 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 39,117.00 | 21,180.17 | 21,180.17 | 5,987.55 |
| **TOTAL DISBURSEMENTS** | $217,063.00 | $30,431.47 | $30,431.47 | $15,238.85 |

4) This case was originally filed under Chapter 7 on December 07, 2016. The case was pending for 14 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 02/08/2018          By: /s/JAMES E. STEVENS
                                                    Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Lot 15, Nine Mile Ranch, Division 1 Lot 15 Point | 1110-000 | 12,199.85 |
| anticipated 2016 state and federal income tax re | 1124-000 | 3,039.00 |
| **TOTAL GROSS RECEIPTS** | | **$15,238.85** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NOTFILED | Fifth Third Bank | 4110-000 | 38,337.00 | N/A | N/A | 0.00 |
| NOTFILED | DeKalb County Collector | 4110-000 | 7,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Fifth Third Bank | 4110-000 | 132,609.00 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$177,946.00** | **$0.00** | **$0.00** | **$0.00** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee Compensation - JAMES E. STEVENS | 2100-000 | N/A | 2,273.89 | 2,273.89 | 2,273.89 |
| Other - Barrick, Switzer, Long, Balsley & Van Evera | 3210-000 | N/A | 3,672.50 | 3,672.50 | 3,672.50 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | |
|---|---|---|---|---|---|
| Other - Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other - INTERNATIONAL SURETIES, LTD. | 2300-000 | N/A | 4.24 | 4.24 | 4.24 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other - Inland Professional Title | 2500-000 | N/A | 236.74 | 236.74 | 236.74 |
| Other - Inland Professional Title | 3510-000 | N/A | 2,000.00 | 2,000.00 | 2,000.00 |
| Other - Inland Professional Title | 2500-000 | N/A | 270.25 | 270.25 | 270.25 |
| Other - Inland Professional Title | 2500-000 | N/A | 475.08 | 475.08 | 475.08 |
| Other - Inland Professional Title | 2500-000 | N/A | 268.60 | 268.60 | 268.60 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | **$9,251.30** | **$9,251.30** | **$9,251.30** |

## EXHIBIT 5 —PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

## EXHIBIT 6 —PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 7 —GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Quantum3 Group LLC as agent for | 7100-000 | N/A | 781.24 | 781.24 | 220.86 |
| 2 | Qualstar Credit Union | 7100-000 | 19,888.00 | 19,764.63 | 19,764.63 | 5,587.38 |
| 3 | Portfolio Recovery Associates, LLC | 7100-000 | 634.00 | 634.30 | 634.30 | 179.31 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| NOTFILED | Fifth Third Bank | 7100-000 | 2,733.00 | N/A | N/A | 0.00 |
| NOTFILED | Visa Dept Store National Bank | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Fifth Third Bank | 7100-000 | 15,075.00 | N/A | N/A | 0.00 |
| NOTFILED | Comenity Bank/Carsons | 7100-000 | 781.00 | N/A | N/A | 0.00 |
| NOTFILED | Comenity Capital Bank/HSN | 7100-000 | 6.00 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | **$39,117.00** | **$21,180.17** | **$21,180.17** | **$5,987.55** |

**UST Form 101-7-TDR (10/1/2010)**

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case Number:** 16-82845  
**Case Name:** MCKENZIE, JOSEPH L  
  MCKENZIE, SANDRA L  
**Period Ending:** 02/08/18

**Trustee:** (330420)   JAMES E. STEVENS  
**Filed (f) or Converted (c):** 12/07/16 (f)  
**§341(a) Meeting Date:** 01/19/17  
**Claims Bar Date:** 06/15/17

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | 214 Leah Ct., Sycamore, IL | 197,000.00 | 0.00 | | 0.00 | FA |
| 2 | Lot 15, Nine Mile Ranch, Division 1 Lot 15 Point See Order to Employ Realtor entered July 5, 2017. See Order to Sell Real Estate entered August 25, 2017. | 5,000.00 | 15,000.00 | | 12,199.85 | FA |
| 3 | Cash | 10.00 | 0.00 | | 0.00 | FA |
| 4 | checking: Bank account at Fifth Third Bank | 79.80 | 0.00 | | 0.00 | FA |
| 5 | savings account: Fifth Third Bank Account | 3.02 | 0.00 | | 0.00 | FA |
| 6 | checking account: Heartland Bank | 700.00 | 0.00 | | 0.00 | FA |
| 7 | Normal Complement of household goods | 1,250.00 | 0.00 | | 0.00 | FA |
| 8 | 2 small television sets | 25.00 | 0.00 | | 0.00 | FA |
| 9 | Debtor #1 commemorative coin collection | 200.00 | 0.00 | | 0.00 | FA |
| 10 | normal wearing apparel | 500.00 | 0.00 | | 0.00 | FA |
| 11 | Winchester 30/30 Rifle | 100.00 | 0.00 | | 0.00 | FA |
| 12 | Federal Life Insurance Company | 592.90 | 0.00 | | 0.00 | FA |
| 13 | National Life Group life insurance policy | 1,000.00 | 0.00 | | 0.00 | FA |
| 14 | National Life Group/LSW Life Insurance Policy | 0.00 | 0.00 | | 0.00 | FA |
| 15 | Pension: IBEW Pension account | Unknown | 0.00 | | 0.00 | FA |
| 16 | Pension: Debtor 2's pension | Unknown | 0.00 | | 0.00 | FA |
| 17 | pension: Pension L3 | Unknown | 0.00 | | 0.00 | FA |
| 18 | anticipated 2016 state and federal income tax re Exemption changed per Amended Schedule C filed February 1, 2017. | Unknown | 3,038.82 | | 3,039.00 | FA |
| 19 | Sandra L. McKenzie Revocable Trust No. 102 | 0.00 | 0.00 | | 0.00 | FA |
| 20 | Joseph L. McKenzie Revocable Trust No. 101 (esta | 0.00 | 0.00 | | 0.00 | FA |
| 21 | 2003 Chevrolet Silverado | 2,333.00 | 0.00 | | 0.00 | FA |
| 22 | 2000 Volkswagon Cabrio | 2,606.00 | 0.00 | | 0.00 | FA |
| 23 | 2 English Bulldogs | 100.00 | 0.00 | | 0.00 | FA |
| 23 | Assets   Totals (Excluding unknown values) | **$211,499.72** | **$18,038.82** | | **$15,238.85** | **$0.00** |

Printed: 02/08/2018 11:37 AM    V.13.32

Exhibit 8

Page: 2

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 16-82845  
**Case Name:** MCKENZIE, JOSEPH L  
MCKENZIE, SANDRA L  
**Period Ending:** 02/08/18

**Trustee:** (330420) JAMES E. STEVENS  
**Filed (f) or Converted (c):** 12/07/16 (f)  
**§341(a) Meeting Date:** 01/19/17  
**Claims Bar Date:** 06/15/17

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br><br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):**    October 1, 2017        **Current Projected Date Of Final Report (TFR):**    October 23, 2017  (Actual)

Printed: 02/08/2018 11:37 AM    V.13.32

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

| | |
|---|---|
| **Case Number:** | 16-82845 |
| **Case Name:** | MCKENZIE, JOSEPH L |
| | MCKENZIE, SANDRA L |
| **Taxpayer ID #:** | **-***1638 |
| **Period Ending:** | 02/08/18 |

| | |
|---|---|
| **Trustee:** | JAMES E. STEVENS (330420) |
| **Bank Name:** | Rabobank, N.A. |
| **Account:** | ******5466 - Checking Account |
| **Blanket Bond:** | $4,396,000.00 (per case limit) |
| **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 05/23/17 | {18} | Joseph and Sandra McKenzie | unexempt portion of IRS refund | 1124-000 | 3,039.00 | | 3,039.00 |
| 05/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 3,029.00 |
| 06/05/17 | 101 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON BANK BALANCE AS OF 06/01/2017 FOR CASE #16-82845, Bond#016018067 | 2300-000 | | 4.24 | 3,024.76 |
| 06/30/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 3,014.76 |
| 07/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 3,004.76 |
| 08/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 2,994.76 |
| 09/29/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 2,984.76 |
| 10/05/17 | | Inland Professional Title | sale proceeds | | 8,949.18 | | 11,933.94 |
| | {2} | | Gross Amount from Proceeds from Sale of Real Estate including prorations and adjustments    12,199.85 | 1110-000 | | | 11,933.94 |
| | | | Owners Policy    -236.74 | 2500-000 | | | 11,933.94 |
| | | | Real Estate Commission    -2,000.00 | 3510-000 | | | 11,933.94 |
| | | | Escrow Fee - Inland Professional Title, LLC    -270.25 | 2500-000 | | | 11,933.94 |
| | | | 2017 HOA Dues and Taxes    -475.08 | 2500-000 | | | 11,933.94 |
| | | | Excise Tax, State Tech Fee, and Recording Fee    -268.60 | 2500-000 | | | 11,933.94 |
| 11/30/17 | 102 | Barrick, Switzer, Long, Balsley & Van Evera | Dividend paid 100.00% on $3,672.50, Attorney for Trustee Fees (Other Firm); Reference: | 3210-000 | | 3,672.50 | 8,261.44 |
| 11/30/17 | 103 | JAMES E. STEVENS | Dividend paid 100.00% on $2,273.89, Trustee Compensation; Reference: | 2100-000 | | 2,273.89 | 5,987.55 |
| 11/30/17 | 104 | Quantum3 Group LLC as agent for | Dividend paid 28.26% on $781.24; Claim# 1; Filed: $781.24; Reference: | 7100-000 | | 220.86 | 5,766.69 |
| 11/30/17 | 105 | Qualstar Credit Union | Dividend paid 28.26% on $19,764.63; Claim# 2; Filed: $19,764.63; Reference: | 7100-000 | | 5,587.38 | 179.31 |
| 11/30/17 | 106 | Portfolio Recovery Associates, LLC | Dividend paid 28.26% on $634.30; Claim# 3; Filed: $634.30; Reference: | 7100-000 | | 179.31 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 11,988.18 | 11,988.18 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 11,988.18 | 11,988.18 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$11,988.18** | **$11,988.18** | |

{} Asset reference(s)

Printed: 02/08/2018 11:37 AM    V.13.32

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 2

| **Case Number:** | 16-82845 | | **Trustee:** | JAMES E. STEVENS (330420) |
| --- | --- | --- | --- | --- |
| **Case Name:** | MCKENZIE, JOSEPH L | | **Bank Name:** | Rabobank, N.A. |
| | MCKENZIE, SANDRA L | | **Account:** | ******5466 - Checking Account |
| **Taxpayer ID #:** | **-***1638 | | **Blanket Bond:** | $4,396,000.00   (per case limit) |
| **Period Ending:** | 02/08/18 | | **Separate Bond:** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |

| | Net Receipts | Net Disbursements | Account Balances |
| --- | --- | --- | --- |
| **TOTAL - ALL ACCOUNTS** | | | |
| **Checking # ******5466** | 11,988.18 | 11,988.18 | 0.00 |
| | $11,988.18 | $11,988.18 | $0.00 |